

ORDERED in the Southern District of Florida on December 8, 2014.

Laurel M. Isicoff, Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 14-32241-BKC-LMI

CHAPTER 13

IN RE:

SERGIO TELLERIAS,
    Debtor.
_____/

### ORDER SUSTAINING DEBTOR'S OBJECTION TO CLAIM NO. 2 FILED BY J.H. ZIDELL, P.A.

THIS CAUSE having come on to be heard at 9:00 a.m., on December 2, 2014, on the Debtor's Objection to Claim 2 filed by J.H. Zidell, P.A., [ECF 27], and based upon the record, it is,

**ORDERED**:

1.    The Debtor's Objection to Claim No. 2 filed by J.H. Zidell, P.A., is SUSTAINED.

2. Claim No. 2 filed by J.H. Zidell, P.A., as a secured claim, in the amount of $4,396.80, is STRICKEN and ALLOWED, as a general unsecured claim in the amount of $4,396.80.

# # #

**Submitted by:**
Michael A. Frank, Esquire
10 Northwest LeJuene Road, Suite 620
Miami, FL 33126
Telephone (305) 443-4217
Facsimile (305) 443-3219
Email- Pleadings@bkclawmiami.com

Copies furnished to:
Michael A. Frank, Esquire
Nancy Neidich, Trustee
J.H. Zidell, P.A.,
J.H. Zidell, P.A., Attn: Jamie H. Zidell, President

Attorney, Michael A. Frank, is directed to mail a conformed copy of this Order to all interested parties immediately upon receipt.

2.  Claim No. 2 filed by J.H. Zidell, P.A., as a secured claim, in the amount of $4,396.80, is STRICKEN and ALLOWED, as a general unsecured claim in the amount of $4,396.80.

# # #

**Submitted by:**
Michael A. Frank, Esquire
10 Northwest LeJuene Road, Suite 620
Miami, FL 33126
Telephone (305) 443-4217
Facsimile (305) 443-3219
Email- Pleadings@bkclawmiami.com

Copies furnished to:
Michael A. Frank, Esquire
Nancy Neidich, Trustee
J.H. Zidell, P.A.,
J.H. Zidell, P.A., Attn: Jamie H. Zidell, President

Attorney, Michael A. Frank, is directed to mail a conformed copy of this Order to all interested parties immediately upon receipt.